**Fill in this information to identify your case:**

Debtor 1: MATTHEW P WIETZKE
First Name    Middle Name    Last Name

Debtor 2: LINDSAY M WIETZKE
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Wisconsin

Case number: 15-28057
(If known)

Check if this is:
☑ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Carpenter | CNA |
| Employer's name | Tri-North Builders | Dodge County |
| Employer's address | 2625 Research Park Dr<br>Number    Street<br><br>Madison, WI  53711<br>City    State    ZIP Code | Clearview Nursing Home<br>Number    Street<br><br>Juneau, WI  53039<br>City    State    ZIP Code |
| How long employed there? | _____ | 9 years |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 3,921.67 | $ 2,643.33 |
| 3. **Estimate and list monthly overtime pay.** | + $ _____ | + $ _____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | $ 3,921.67 | $ 2,643.33 |

Official Form B 6I    Schedule I: Your Income    page 1

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Debtor 1 | MATTHEW P WIETZKE | Case number (if known) | 15-28057 | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here .................................................. → | 4. | $ 3,921.67 | $ 2,643.33 |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 1,135.33 | $ 448.50 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ | $ 180.79 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ | $ |
| 5d. | Required repayments of retirement fund loans | 5d. | $ | $ |
| 5e. | Insurance | 5e. | $ | $ 204.88 |
| 5f. | Domestic support obligations | 5f. | $ | $ |
| 5g. | Union dues | 5g. | $ 192.83 | $ |
| 5h. | Other deductions. Specify: Req'd deduct for vac't | 5h. +$ 260.00 | + $ | |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 1,588.16 | $ 834.17 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 2,333.51 | $ 1,809.16 |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | $ |
| 8b. | Interest and dividends | 8b. | $ | $ |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | $ |
| 8d. | Unemployment compensation | 8d. | $ | $ |
| 8e. | Social Security | 8e. | $ | $ |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ | $ |
| 8g. | Pension or retirement income | 8g. | $ | $ |
| 8h. | Other monthly income. Specify: _____ | 8h. +$ | + $ | |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ | $ |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,333.51 + $ 1,809.16 = $ 4,142.67 | |
| 11. | State all other regular contributions to the expenses that you list in Schedule J.<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.<br>Specify: _____ | | 11. + $ | |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.<br>Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies | 12. | $ 4,142.67<br>**Combined monthly income** | |
| 13. | Do you expect an increase or decrease within the year after you file this form?<br>☑ No.<br>☐ Yes. Explain: _____ | | | |

Fill in this information to identify your case:

Debtor 1: MATTHEW P WIETZKE
Debtor 2 (Spouse, if filing): LINDSAY M WIETZKE
United States Bankruptcy Court for the: Eastern District of Wisconsin
Case number (If known): 15-28057

Check if this is:
☑ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____ MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses  12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   ☐ No
   ☑ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 10 | ☐ No ☑ Yes |
   | Daughter | 12 | ☐ No ☑ Yes |
   | Daughter | 15 | ☐ No ☑ Yes |
   | _____ | ___ | ☐ No ☐ Yes |
   | _____ | ___ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $ 756.00

   If not included in line 4:
   4a. Real estate taxes     4a. $ _____
   4b. Property, homeowner's, or renter's insurance     4b. $ 65.00
   4c. Home maintenance, repair, and upkeep expenses     4c. $ _____
   4d. Homeowner's association or condominium dues     4d. $ _____

Official Form B 6J     Schedule J: Your Expenses     page 1

| Debtor 1 | MATTHEW P WIETZKE | Case number (if known) 15-28057 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans   5. $_____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas   6a. $ 250.00
   - 6b. Water, sewer, garbage collection   6b. $ 57.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services   6c. $ 300.00
   - 6d. Other. Specify: _____   6d. $_____

7. **Food and housekeeping supplies**   7. $ 800.00
8. **Childcare and children's education costs**   8. $ 100.00
9. **Clothing, laundry, and dry cleaning**   9. $ 160.00
10. **Personal care products and services**   10. $ 75.00
11. **Medical and dental expenses**   11. $ 130.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.   12. $ 550.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13. $ 75.00
14. **Charitable contributions and religious donations**   14. $ 100.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance   15a. $_____
    - 15b. Health insurance   15b. $_____
    - 15c. Vehicle insurance   15c. $ 98.00
    - 15d. Other insurance. Specify: _____   15d. $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____   16. $_____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1   17a. $_____
    - 17b. Car payments for Vehicle 2   17b. $_____
    - 17c. Other. Specify: _____   17c. $_____
    - 17d. Other. Specify: _____   17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form B 6I).**   18. $_____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____   19. $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    - 20a. Mortgages on other property   20a. $_____
    - 20b. Real estate taxes   20b. $_____
    - 20c. Property, homeowner's, or renter's insurance   20c. $_____
    - 20d. Maintenance, repair, and upkeep expenses   20d. $_____
    - 20e. Homeowner's association or condominium dues   20e. $_____

Official Form B 6J   Schedule J: Your Expenses   page 2
Case 15-28057-gmh   Doc 22   Filed 12/15/15   Page 4 of 6

21. **Other**. Specify: __Tobacco_____ 21. +$_____120.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses. 22. $_____3,626.00

23. **Calculate your monthly net income.**
    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. 23a. $_____4,142.67
    23b. Copy your monthly expenses from line 22 above. 23b. −$_____3,636.00
    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*. 23c. $_____506.67

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.   Explain here:

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: **Matthew P Wietzke, Lindsay M Wietzke**, Debtor(s)

Case No. **15-28057**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 27, 2015**  Signature **/s/ Matthew P Wietzke**
**Matthew P Wietzke**
Debtor

Date **August 27, 2015**  Signature **/s/ Lindsay M Wietzke**
**Lindsay M Wietzke**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.